IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUEBEN ROBERTS,

    Plaintiff,               No. CIV S-03-2309 FCD JFM P

    vs.

THOMAS L. CAREY, et al.,

    Defendants.        ORDER

_____/

        On April 27, 2005, plaintiff filed a letter, "notice of related cases," "motion for an extension," exhibits and "request for appointment of counsel and declaration of indigency and awards of attorneys' fees." Those documents were not served on defendants.

        Plaintiff is advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendant. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P. 5(b)(2)(B). Plaintiff must include with every document filed in this action a certificate stating the date an

1  accurate copy of the document was mailed to defendants' attorney and the address to which it
2  was mailed.  See Local Rule 5-135(b) and (c).
3           Accordingly, IT IS HEREBY ORDERED that plaintiff's April 27, 2005 letter,
4  "notice of related cases," "motion for an extension," exhibits and "request for appointment of
5  counsel and declaration of indigency and awards of attorneys' fees" are denied without prejudice.
6  Plaintiff is cautioned that failure to properly serve any documents subsequently filed in this
7  action, and failure to include a proper certificate of service with such filing, may result in a
8  recommendation that this action be dismissed.
9  DATED:  May 6, 2005.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

/001
robe2309.35