IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUEBEN ROBERTS,

        Plaintiff,                      No. CIV S-03-2309 FCD JFM P

    vs.

THOMAS L. CAREY, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 13, 2005, plaintiff filed his fourth request for the appointment of counsel.[1] Plaintiff's previous requests were denied by this court's orders filed December 17, 2003, April 25, 2005 and May 9, 2005. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 13, 2005 request is denied.

DATED: July 21, 2005.

                                                 _____
                                                 UNITED STATES MAGISTRATE JUDGE

/001; robe2309.31x4

---

[1] Plaintiff has again failed to serve a copy of his request on counsel for defendants. Fed. R. Civ. P. 5.

1