IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUEBEN ROBERTS,

    Plaintiff,                           No. CIV S-03-2309 FCD JFM P

  vs.

THOMAS L. CAREY, et al.,

    Defendants.                          ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 2, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] Plaintiff served his objections and opposition to defendants' motion to dismiss on counsel for defendants, but again failed to serve his June 3, 2005, June 7, 2005, June 29, 2005 and July 13, 2005 filings on counsel for defendants.

1       Plaintiff objects that there is no law library on Yard 4. However, as a Priority
2  Library Legal User ("PLU"), he has access to the central law library on Yard 6. Also, plaintiff
3  has not demonstrated his efforts to use the alternative methods of obtaining law library materials.
4  (Defts.' Reply filed May 6, 2005 at 7.)
5       Plaintiff also failed to comply with the court's December 14, 2004 order. Plaintiff
6  was directed not to name defendant Fields in plaintiff's second amended complaint because his
7  allegations of verbal abuse failed to state a constitutional violation. In his second amended
8  complaint, filed February 18, 2005, plaintiff again named defendant Fields, raising the same
9  allegations of verbal abuse that were raised in his January 12, 2004 amended complaint. In
10 addition, contrary to the court's December 14, 2004 order, plaintiff attempted to add new claims
11 and new defendants (A. Turla, Sgt. C. Hughes, Lt. McKinley, Officer Burris, Officer Lewis, Cpt.
12 Mosher, A. Ajax, J. Jeminez, Sgt. KA Spoon, D. Manuel, R. Jones, Montez, Iberra, MTA Alecia,
13 Nurse King and Dr. Whittenbury). (Second Amended Complaint at 2-13, 19.)[2] Although
14 dismissal is a harsh sanction, it is clear plaintiff refuses to comply with court orders.
15      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
16 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire
17 file, the court finds the findings and recommendations to be supported by the record and by
18 proper analysis.
19      Accordingly, IT IS HEREBY ORDERED that:
20 /////
21 /////
22 /////

---

[2] Plaintiff is reminded that he must exhaust his administrative remedies prior to raising his claims in this court. (See November 4, 2004 Findings and Recommendations.) Specifically, plaintiff is required to file for third level review and get rejected as untimely; he cannot anticipate that the process will be futile and bypass it. All available remedies must be exhausted before plaintiff may bring this claims to federal court. See Porter v. Nussle, 534 U.S. 516, 523-25 (2002).

1. The findings and recommendations filed June 2, 2005, are adopted in full; and

2. This action is dismissed with prejudice.

DATED: August 1, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge