IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUEBEN ROBERTS,

    Plaintiff,                    No. CIV S-03-2309 FCD JFM P

    vs.

THOMAS L. CAREY, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Judgment was entered in this civil rights action on August 2, 2005. Plaintiff timely filed a notice of appeal. On September 8, 2005, plaintiff filed a motion for the appointment of counsel to represent him in his appeal. This request is more appropriately directed to the Court of Appeals for the Ninth Circuit. Plaintiff's request will be denied without prejudice to enable him to file his motion with the appellate court.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's September 8, 2005 motion for appointment of counsel (docket no. 90) is denied without prejudice.

DATED: September 20, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

/001; robe2309.31a

1